UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

**GLENN L. WILEY,**

            Debtor

Chapter 13

Case No. 19-10189

### ORDER GRANTING IN PART FEE APPLICATION OF MOLLEUR LAW OFFICE

Molleur Law Office filed the Final Application for Compensation dated July 3, 2023 [Docket No. 58] (the "Fee Application"). Notice of the hearing to consider the Fee Application was provided in accordance with the applicable provisions of the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and this Court's Local Rules. In the absence of timely objections or other responses to the Fee Application, the Court has reviewed the Fee Application and the docket in this case.

The Fee Application is granted in part on the terms set forth in this order. Molleur Law Office is awarded $1,809.00 as reasonable compensation for actual, necessary services rendered between August 18, 2020 and June 29, 2023, and $52.20 as reimbursement for actual, necessary expenses, for a total award of $1,861.20.  This award is made under 11 U.S.C § 330(a)(4)(B) and, to the extent applicable, 11 U.S.C. § 329.

In making this award, the Court disallows compensation for clerical services, such as uploading monthly business reports to the trustee.  *See* In re Moody, No. 18-20647, 2023 Bankr. LEXIS 1568 (Bankr. D. Me. June 14, 2023).  The Court also denies compensation for a duplicative entry on the billing detail dated May 11, 2022.

Dated: August 2, 2023

_____

Michael A. Fagone
United States Bankruptcy Judge
District of Maine